UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FRANK FURFARO,

    Plaintiff,                                           Case No: 5:15-cv-615-Oc-30PRL

v.

21ST CENTURY CENTENNIAL
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation Regarding Expert Disclosure and Video Testimony. (Doc. 21). The Court has been advised that counsel for Plaintiff and Defendant, in accordance with Federal Rule of Civil Procedure 26(a)(1)(A), (a)(2)(B)(v), jointly stipulate to waiver of the Rule 26(a)(2)(B)(v) expert disclosure requirement and consent that trial testimony of experts and treating physicians may be allowed by video deposition and/or live testimony.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Rule 26(a)(2)(B)(v) expert disclosure requirement is hereby waived as to treating neurosurgeon/expert Dr. Robert Masson and CME neurosurgeon Dr. John Jenkins.

2. Trial testimony of experts and treating physicians shall be allowed by video deposition and/or live testimony. The parties shall inform the Court at the pretrial conference whether the experts and treating physicians will be testifying live or by video deposition.

3. To the extent video deposition testimony is permitted, counsel for both parties shall agree on the designation of those portions of the depositions to be introduced into evidence and shall identify any objections prior to the pretrial conference. The video depositions shall be pared down to the admissible portions for the purposes of trial.

4. No other Rule 26 disclosures are altered by this Order.

**DONE** and **ORDERED** in Tampa, Florida on this 3rd day of August, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record